```
                          United States Bankruptcy Court
                               District of Arizona
In re:                                                     Case No. 18-03692-MCW
CHRISTOPHER AMBROSIA                                       Chapter 7
     Debtor            CERTIFICATE OF NOTICE
```

District/off: 0970-2           User: admin              Page 1 of 1              Date Rcvd: Jul 23, 2018
                               Form ID: 318             Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db         +CHRISTOPHER AMBROSIA,   550 W BASELINE RD,   SUITE 102-103,   MESA, AZ 85210-6040
14995653    AZ DEPARTMENT OF ECONOMIC SECURITY,   OFFICE OF ACCTS RECEIVABLE & COLLECTIONS,   PO BOX 60,
             PHOENIX, AZ 85001-0060
14980086    IRS,   Department of the Treasury,   Internal Revenue Service,   Philadelphia PA 19101-7346

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QEHALEY.COM Jul 24 2018 04:38:00      ERIC M. HALEY,   PO BOX 13390,
             SCOTTSDALE, AZ 85267-3390
smg          EDI: AZDEPREV.COM Jul 24 2018 04:38:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,   PHOENIX, AZ 85007-2650
14980082     EDI: AZDEPREV.COM Jul 24 2018 04:38:00      Arizona Department of Revenue,   P.O. Box 29070,
             Phoenix AZ 85038-9070
14980083    +EDI: CAPONEAUTO.COM Jul 24 2018 04:38:00      Capital One Auto Finance,   Attn: Bankruptcy,
             Po Box 30285,   Salt Lake City UT 84130-0285
14980084    +E-mail/Text: defaultspecialty.us@bbva.com Jul 24 2018 00:59:49      Compass Bank,
             Attn: Bankruptcy,   Po Box 10566,   Birmingham AL 35296-0001
14980085    +EDI: DCI.COM Jul 24 2018 04:38:00      Diversified Consultants, Inc.,
             Diversified Consultants, Inc.,   Po Box 551268,   Jacksonville FL 32255-1268
14980087    +EDI: CBSKOHLS.COM Jul 24 2018 04:38:00      Kohls/Capital One,   Kohls Credit,   Po Box 3120,
             Milwaukee WI 53201-3120
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              ERIC M. HALEY    trustee@haley-law.com,emhaley@ecf.epiqsystems.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
              VICTORIA QUACH AV    on behalf of Debtor CHRISTOPHER  AMBROSIA victoria@bkphoenix.com,
               help@bkphoenix.com,quachecf@gmail.com,avvr71492@notify.bestcase.com,r49890@notify.bestcase.com
                                                                                              TOTAL: 3

| | | |
|---|---|---|
| Information to identify the case: | | |
| Debtor 1 | **CHRISTOPHER AMBROSIA** | Social Security number or ITIN **xxx−xx−9476** |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | | |
| Case number:   **2:18−bk−03692−MCW** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

CHRISTOPHER AMBROSIA

7/23/18                                                 **By the court:**   Madeleine C. Wanslee
                                                                            United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**